United States Courts
Southern District of Texas
FILED
October 21, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**(1) DONFARIUS HOLMES,**

**(2) HAVEN DUNCAN,**

**(3) JASON JAMAL PITTMAN,**

**(4) LEDANYAN BENNETT,**

**(5) ALEX DAVISON,**

**(6) MONTARIO WHITFIELD,**

**(7) WILLIAM NOLAN-WADDEL,**

**(8) JAVONTE HOYLE,**

**(9) WILL CLARK,**

and

**(10) XZAVEON G. FRANCIS**

Defendants.

**Case No. 4:26-cr-690**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

Beginning on an unknown date, but no later than in or about September 2026, and continuing through at least on or about September 23, 2026, in the Houston Division of the

Southern District of Texas, the defendants,

**DONFARIUS HOLMES,**
**HAVEN DUNCAN,**
**JASON JAMAL PITTMAN,**
**LEDANYAN BENNETT,**
**ALEX DAVISON,**
**MONTARIO WHITFIELD,**
**WILLIAM NOLAN-WADDEL,**
**JAVONTE HOYLE,**
**WILL CLARK,** and
**XZAVEON G. FRANCIS**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of any article and commodity in commerce by means of a robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully conspire and agree to take and obtain property, namely illegal narcotics, and drug proceeds, by means of actual and threatened force, violence and fear of injury to those in possession of those items.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

### Conspiracy to Possess with Intent to Distribute Controlled Substances

Beginning on an unknown date, but no later than in or about September 2026, and continuing through at least on or about September 23, 2026, in the Houston Division of the Southern District of Texas, the defendants,

**DONFARIUS HOLMES,**
**HAVEN DUNCAN,**

**JASON JAMAL PITTMAN,**
**LEDANYAN BENNETT,**
**ALEX DAVISON,**
**MONTARIO WHITFIELD,**
**WILLIAM NOLAN-WADDEL,**
**JAVONTE HOYLE,**
**WILL CLARK,** and
**XZAVEON G. FRANCIS**

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, namely, at least five kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance.

**QUANTITY ATTRIBUTIONS**

Defendants, **DONFARIUS HOLMES, HAVEN DUNCAN, JASON JAMAL PITTMAN, LEDANYAN BENNETT, ALEX DAVISON, MONTARIO WHITFIELD, WILLIAM NOLAN-WADDEL, JAVONTE HOYLE, WILL CLARK, AND XZAVEON G. FRANCIS** knew from their own conduct as members of the conspiracy charged in Count Two and from the readily foreseeable conduct of other members of that conspiracy, that the conspiracy involved a quantity of at least five kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), and 846.

## COUNT THREE

## Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime

On or about September 23, 2026, in the Houston Division of the Southern District of Texas, the defendants,

**DONFARIUS HOLMES,**
**HAVEN DUNCAN,**
**JASON JAMAL PITTMAN,**
**LEDANYAN BENNETT,**
**ALEX DAVISON,**
**MONTARIO WHITFIELD,**
**WILLIAM NOLAN-WADDEL,**
**JAVONTE HOYLE,**
**WILL CLARK,** and
**XZAVEON G. FRANCIS**

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly use and carry at least one firearm during and in relation to a drug trafficking crime for which each may be prosecuted in a court of the United States, namely knowingly and intentionally conspiring to and attempting to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Count Two of this Indictment, and knowingly possessed a firearm in furtherance of such crime.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

A TRUE BILL:

Original signature on file

Grand Jury Foreperson

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

**BY:** Sebastian A. Edwards
**Sebastian Edwards**
**Samuel Blackington**
**Assistant United States Attorneys**